IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR362 |
| vs. | |
| ANTONIO M. LUNA | ORDER |
| Defendant. | |

This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [20]. Counsel is seeking additional time to conclude the investigation and present the results of the investigation to the defendant in order to determine whether to proceed to trial. For good cause shown,

**IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [20] is granted as follows:

1. The jury trial, now set for February 13, 2018, is continued to **April 10, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 10, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 12th day of February, 2018.

BY THE COURT:

s/Susan M. Bazis
United States Magistrate Judge